IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

---

| | |
|---|---|
| Civil Action No.   09-cv-01864-MEH-KMT | Date:   November 8, 2010 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

---

MICHAEL RYSKIN,                                                          Scott Kleger

　　　　　Plaintiff,

vs.

BANNER HEALTH,                                                      Linda Siderius
MICHELLE JOY,
SHIRLEY NIX,
THOMAS SOPER,
JOSEPH BONELLI, and                                          Kari Hershey
JOHN ELLIFF,

　　　　　Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

---

**Court in session:**　　**1:41 p.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion for Forthwith Court Order Allowing Testimony and Filing of Evidentiary Material Regarding Plaintiff's Employment at Muskogee Regional Medical Center (Doc. #105, filed 11/4/2010).

**ORDERED:**　1.　　**By close of business on November 9, 2010,** Plaintiff shall, in good faith, inquire of the Muskogee Regional Medical Center people regarding the following: 1) an agreement to allow testimony as to the Settlement Agreement and Release of All Claims with MRMC and affiliated entities Muskogee Physician's Group LLC and Capella Health Care, Inc., ("Settlement Agreement"), and 2) whether they will voluntarily produce a Rule 30(b)(6) witness for deposition.  Plaintiff shall file a **Status Report** on these issues on or before **November 10, 2010.**

　　　　　　　2.　　Plaintiff shall produce the "Settlement Agreement" to Defendants today, **November 8, 2010**, after designating the document as confidential.

　　　　　　　3.　　Defendants shall file a supplement to their Joint Motion In Limine (Doc. #103, filed 11/2/10) **by 12:00 p.m. (noon) on November 10, 2010**.  The supplement shall be under five (5) pages.

4.      Plaintiff shall file a response to Defendants' Joint Motion In Limine by **November 17, 2010.**

5.      A Status Conference is set for **November 15, 2010, at 4:00 p.m.**

6.      Plaintiff's Motion for Forthwith Court Order Allowing Testimony and Filing of Evidentiary Material Regarding Plaintiff's Employment at Muskogee Regional Medical Center (Doc. #105, filed 11/4/2010) is taken under advisement.

**Court in recess:**      **2:43 p.m.**      **(Hearing concluded)**

**Total time in court:**  1:02