IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01864-MEH-KMT

MICHAEL RYSKIN,

    Plaintiff,

v.

BANNER HEALTH, INC., an Arizona non-profit corporation,
MICHELLE JOY,
SHIRLEY NIX,
THOMAS SOPER,
JOSEPH BONELLI, and
JOHN ELLIFF,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2010.**

    In light of the proceedings at today's motion hearing, Plaintiff's Motion to File Exhibit Under Seal [filed November 4, 2010; docket #106] is **denied without prejudice**. The Court viewed the confidential document at the hearing and need not (at this time) have it docketed as an exhibit in support of the motion.