IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01864-MEH-KMT

MICHAEL RYSKIN,

    Plaintiff,

v.

BANNER HEALTH, INC., an Arizona non-profit corporation,
MICHELLE JOY,
SHIRLEY NIX,
THOMAS SOPER,
JOSEPH BONELLI, and
JOHN ELLIFF,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2010.**

    Having heard nothing from the parties following Monday's hearing [docket #119] and in light of the Status Report filed November 10, 2010 [docket #116], Plaintiff's Motion for Forthwith Court Order Allowing Testimony and Filing of Evidentiary Material Regarding Plaintiff's Employment at Muskogee Regional Medical Center [filed November 4, 2010; docket #105], which is construed as a request for an order disclosing confidential information, is **denied as moot**. The Court will address Defendants' arguments concerning admissibility of this information at a later time when or if necessary.