IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.   09-cv-01864-MEH-KMT | Date:   December 3, 2010 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

MICHAEL RYSKIN,                                                      Scott Kleger

     Plaintiff,

vs.

MICHELLE JOY,                                                        Linda Siderius
SHIRLEY NIX,
THOMAS SOPER,
JOSEPH BONELLI, and                                                  Kari Hershey
JOHN ELLIFF,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**IN COURT HEARING RE: Preliminary Trial Matters**

**Court in session:**     3:03 p.m.

Court calls case.  Appearances of counsel.

Discussion regarding preliminary jury instructions, voir dire, and the stipulated exhibits.  Ms. Siderius moves to admit all stipulated exhibits.

**ORDERED:**  The following stipulated exhibits are admitted: 1, 2, 3, 5, 6 through 10, 14, 16 through 22, 25, 26, 28 through 36, 38, 39, 41, 43, 44, 4548, 50, 51, 62, 63, 66, 67, 72 through 84, 86, and 92.

Argument and discussion regarding Defendants' Motion to Exclude Character Evidence Pursuant to F.R.E. 402, 403 and 404(a).

**ORDERED:**  Defendants' Motion to Exclude Character Evidence Pursuant to F.R.E. 402, 403 and 404(a) is GRANTED in part and DENIED in part as stated on the record.  The Court will limit the number of character witnesses for Plaintiff to three (3).

Counsel are not requesting that witnesses be sequestered during the trial.

Discussion and argument regarding Dr. Kirk Lufkin and Ched Wetz, who were witnesses recently added to Defendants' witness list.

**ORDERED:**  Plaintiff may conduct one-hour depositions of Dr. Kirk Lufkin and Ched Wetz recently identified by Defendants between today, December 3, 2010, and their testimony at trial.

**Court in recess:**     **4:39 p.m.**     **(Hearing concluded)**

**Total time in court:**  1:36